```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 03242
   ANTOINE M FEEMSTER
   BARBARA A FEEMSTER                          CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2563    SSN XXX-XX-1659

-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/13/08 .

   2.  The case was converted to Chapter 7 without confirmation, 05/08/2008.

-------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00             .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    NOT FILED            .00             .00
CAPITAL ONE BANK         UNSECURED        NOT FILED            .00             .00
       Summary of disbursements:
-------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00          .00          .00
PRINCIPAL PAID         .00         .00         .00          .00          .00
INTEREST PAID          .00         .00         .00          .00          .00
TOTAL PAID             .00         .00         .00          .00          .00
The Debtor's attorney, ARTHUR P SANDERMAN             , was allowed $      .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
      CASE NO. 08 B 03242 ANTOINE M FEEMSTER & BARBARA A FEEMSTER
```